

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00804-CR

Isidro Juan **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5527
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 1, 2017.

Luz Elena D. Chapa, Justice